**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 11-50796 |
| | ) | |
| | ) | |
| Robert A. Parkinson | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | JUDGE C KATHRYN PRESTON |
| | ) | |
| | ) | |

**SPECIAL LIMITED NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE ON BEHALF
CUYAHOGA COMMUNITY COLLEGE**

PLEASE TAKE NOTICE that the State of Ohio, Cuyahoga Community College appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served this case, be given and served at the address set forth for it in the schedules and also at the following address:

Cuyahoga Community College
c/o William C Huffman
Christopher J Klym
24441 Detroit Road, Suite 200
Westlake, OH 44145
440-871-8111
440-871-2661 (Fax)

PLEASE TAKE FUTHER NOTICE that the foregoing request includes not only the notice referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, application, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of Cuyahoga Community College.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of Cuyahoga Community College or of the State of Ohio or to consent to this Court's exercise of jurisdiction over Cuyahoga Community College or the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of Cuyahoga Community College, the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

State of Ohio
Office of the Attorney General
Mike DeWine

/s/Christopher J. Klym
Christopher J. Klym (0062508)
William Huffman (0018289)
Special Counsel to the Attorney General
Huffman, Isaac & Klym, LLC
24441 Detroit Road, Suite 200
Westlake, OH 44145-1543
Telephone (440) 871-8111
Facsimile (440) 871-8111
*cjklym@hiklaw.com*
*Attorneys for Defendant, State of Ohio*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon, by electronic mail, or if necessary, by regular U.S. mail this 22nd day of March, 2011 to the following:

Robert Andrew Parkinson
389 East 13th Avenue
Unit B
Columbus, OH 43201

Diana Khouri
6300 Rockside Road Suite 204
Cleveland, OH 44131

Larry J McClatchey
65 East State Street
Suite 1800
Columbus, OH 43215

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215

/s/Christopher J. Klym
Christopher J. Klym (0062508)
William Huffman (0018289)
Special Counsel to the Attorney General
Huffman, Isaac & Klym, LLC
24441 Detroit Road, Suite 200
Westlake, OH 44145-1543
Telephone (440) 871-8111
Facsimile (440) 871-8111
*cjklym@hiklaw.com*
*Attorneys for Defendant, State of Ohio*